

| | *State of New Jersey* | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

April 25, 2021

The Honorable Renee Marie Bumb, U.S.D.J.
United States  District Court
For the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

        Re:  <u>Al-Ameen I. Mazareh, et al. v. Gurbir S. Grewal,</u>
             <u>et al.</u>
             Civil Action No. 20-17598 (RMB-MJS)

Dear Judge Bumb:

    I represent Defendants Gurbir Grewal, Colonel Patrick J. Callahan, Mark P. Tarantino, Joseph L. Rea, and N. Peter Conforti in the above captioned matter. I am writing this letter on behalf of all of the parties in this matter to jointly request a stay of this case pending a decision in the case now before the Supreme Court of the United States: New York State Rifle & Pistol Assn., Inc., et al. v. Keith M. Corlett, et al. (See attached Order granting Certiorari). That case presents a challenge under the Second Amendment to the State of New York's statutory regime governing individuals' ability to carry a handgun outside the home. Similar to New Jersey's system where applicants are required to show a "justifiable need" to carry a handgun, New York's statutes require that applicants show a "proper cause" prior to obtaining a license to carry. There is a substantial likelihood that the Court's ruling in that case would govern or at least inform the ultimate result in this case and, as a result, the parties in this matter all jointly request that this case be stayed pending the disposition of the New York State Rifle and Pistol Association case. Thank you for your consideration of this request.



HUGHES  JUSTICE COMPLEX • TELEPHONE: (609) 376-2998 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

April 30, 2021
Page 2

                      Sincerely,

                      S/Matthew J. Lynch
                      Matthew J. Lynch
                      Deputy Attorney General

Cc: Via ECF
    Daniel L. Schmutter
    John Charles Gillespie
    Grant W. McGuire
    Malcom X. Thorpe
    William W. Northgrave
    Valerie A. Vladyka