LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *°
Richard L. Ravin *°□
Daniel L. Schmutter*
Andrew T. Wolfe*

_____

* New York and New Jersey Bars
° Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

*  *  *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

_____

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

July 22, 2022

**VIA ECF**
Hon. Renée Marie Bumb, U.S.D.J.
Mitchell H. Cohen Courthouse, Courtroom 3D
4th & Cooper Streets
Camden, New Jersey 08101

  Re: Mazahreh v. Grewal
     Civil Action No. 1:20-cv-17598-RMB-JS

Dear Judge Bumb:

We represent Plaintiffs in the above referenced matter.

In accordance with the Court's administrative termination order dated May 13, 2021, Plaintiffs hereby request that the matter be reopened and returned to the active calendar.

Thank you.

            Respectfully submitted,

            s/ Daniel L. Schmutter
            DANIEL L. SCHMUTTER

DLS/ar
cc: Joseph Fanaroff (via email)
   Bryan Lucas, Esq. (via ECF)
   Grant McGuire, Esq. (via ECF)
   John Gillespie, Esq. (via ECF)
   Malcolm Thorpe, Esq. (via ECF)
   William Northgrave, Esq. (via ECF)