LAW OFFICES
# HARTMAN & WINNICKI, P.C.

| | | |
|---|---|---|
| Dariusz M. Winnicki *º<br>Richard L. Ravin *º□<br>Daniel L. Schmutter*<br>Andrew T. Wolfe* | 74 PASSAIC STREET<br>RIDGEWOOD, NEW JERSEY 07450<br><br>* * *<br><br>WEBSITE<br>www.hartmanwinnicki.com | Phone: (201) 967-8040<br>Fax:    (201) 967-0590<br><br>Porter E. Hartman (1920-2009)<br>Charles R. Buhrman (1938-1994)<br>William T. Marsden (1943-1993)<br>Cyrus D. Samuelson (1911-1998) |
| * New York and New Jersey Bars<br>º Florida Bar<br>□ Washington, D.C. Bar<br>◊ New Jersey Bar | | |

January 23, 2023

**VIA ECF**
The Honorable Matthew J. Skahill
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      Re:     Mazahreh v. Grewal
              Civil Action No. 1:20-cv-17598-RMB-JS

Dear Judge Skahill:

We represent Plaintiffs in the above referenced matter.

A status conference is scheduled in this matter for January 26, 2023. We write to request an adjournment.

The parties have continued our discussions regarding counsel fees and expect to receive additional information from one of the municipal defendants on or about January 25, 2023. In order to allow the parties to incorporate that information in the discussion, we request that the Court adjourn the conference now scheduled for January 26, 2023 to Tuesday, January 31, 2023 or Thursday, February 2, 2023. I have contacted all parties regarding this adjournment request and have received consent from all counsel and notification that they are all available on either of those proposed alternative dates.

Thank you.

                                              Respectfully submitted,

                                              /s/ Daniel L. Schmutter
                                              DANIEL L. SCHMUTTER

DLS/ar
cc:     Daniel Vannella, Esq.
         John Gillespie, Esq.
         Matthew Lynch, Esq.
         Matthew Tavares, Esq.
         Tim Sheehan, Esq.
         Valerie Vladyka, Esq.