

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 2, 2023

**Via Electronic Filing (CM/ECF)**
Hon. Matthew J. Skahill, U.S.M.J.
U.S. District Court
4th & Cooper Streets
Camden, NJ 08101

    Re:   *Mazahreh v. Grewal*, No. 20-17598-RMB-MJS

Dear Judge Skahill:

    A status conference is scheduled for this matter this afternoon at 2:30 p.m. The parties write to request an adjournment of this conference.

    The parties have continued and progressed in discussions regarding counsel fees. As to that, as noted in Plaintiffs' counsel's January 23, 2023 letter (Dkt. 57), we expected to and did receive additional information from one of the municipal defendants earlier this week.

    At this juncture, the parties believe it would not be necessary to have a status conference regarding this issue. There are no other issues pending in this matter.

    The parties are available if the court would still wish to proceed with a status conference this afternoon. If the court instead would prefer to reschedule the conference to a later date, and would ask the parties to confer and provide the court with proposed alternative dates, the parties can do so.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2776 •
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Daniel M. Vannella
      Daniel M. Vannella
      Assistant Attorney General
      *Attorney for State Defendants*

cc: All counsel of record (via ECF)