

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

February 22, 2023

**VIA ECF**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
4th & Cooper Streets
Camden, New Jersey 08101

      **Re:**   *Mazahreh, et al. v. Grewal, et al.*
            **Civil Action No. 1:20-cv-17598-RMB-MJS**

Dear Judge Skahill:

     I represent State Defendants in this matter. In response to the Court's February 2, 2023 text order (Dkt. 60), the parties provide this update. Since the parties' last communications to the Court earlier this month, we have continued our discussions regarding counsel fees, and have had multiple back-and-forth communications regarding same. Although as of today the parties have yet to reach an amicable agreement regarding same, they have made progress and are much closer than they were since the last update.

     There are no other issues that any of the parties wished to bring to the Court's attention.

     Given the foregoing, the parties do not believe that the currently scheduled status conference with Your Honor on February 27, 2023 at 10:00 a.m., is necessary.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2776 •
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

February 22, 2023
Page 2

Thank you for the Court's consideration of this matter.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By:   /s/ Daniel M. Vannella
Daniel M. Vannella
Assistant Attorney General

cc: All counsel of record (via ECF)