LAW OFFICES

# HARTMAN & WINNICKI, P.C.

Dariusz M. Winnicki *º
Richard L. Ravin *º□
Daniel L. Schmutter*
Andrew T. Wolfe*

———————

* New York and New Jersey Bars
º Florida Bar
□ Washington, D.C. Bar
◊ New Jersey Bar

74 PASSAIC STREET
RIDGEWOOD, NEW JERSEY 07450

* * *

WEBSITE
www.hartmanwinnicki.com

Phone: (201) 967-8040
Fax:   (201) 967-0590

———————

Porter E. Hartman (1920-2009)
Charles R. Buhrman (1938-1994)
William T. Marsden (1943-1993)
Cyrus D. Samuelson (1911-1998)

March 13, 2023

**VIA ECF**
Hon. Renée Marie Bumb, U.S.D.J.
Mitchell H. Cohen Courthouse, Courtroom 3D
4th & Cooper Streets
Camden, New Jersey 08101

      Re:    **Mazahreh v. Grewal**
                Civil Action No. 1:20-cv-17598-RMB-JS

Dear Judge Bumb:

      We represent Plaintiffs in the above referenced matter.

      As Your Honor is aware, the parties have been negotiating a counsel fee award to be paid to Plaintiffs as prevailing parties under 42 U.S.C. 1988. The Court has been kind enough to extend our time to do so several times. Today is the current extended deadline.

      I am pleased to notify the Court on behalf of all parties that the parties have reached a settlement of the fee award, but we need a little additional time to paper the deal and present the Court with a consent order.

      Accordingly, we request an extension of 30 addition days to prepare and file a consent order. We do not expect it to take that long, but rather than have to come back to ask for more time in case we run into logistical difficulties, we are asking for 30 days. There are five parties that must agree to the form of order and several are municipalities which sometimes must obtain sign off from their municipal governing bodies in order to effectuate such things.

      All parties have consented to this request.

Hon. Renée Marie Bumb, U.S.D.J.
March 13, 2023
Page 2

    Thank you.

                                             Respectfully submitted,

                                             s/ Daniel L. Schmutter
                                             DANIEL L. SCHMUTTER

DLS/ar
cc:    Daniel Vannella, Esq.
       Tim Sheehan, Esq.
       John Gillespie, Esq.
       Matthew Tavares, Esq.
       Valerie Vladyka, Esq.

**SO ORDERED** this <u>**14th**</u> day of <u>**March 2023**</u>.

*[Signature: Renée Marie Bumb]*

Honorable Renée M. Bumb
Chief U.S. District Judge