

# State of New Jersey

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL T.G. LONG<br>*Director* |

March 28, 2023

**<u>VIA ECF</u>**
Hon. Matthew J. Skahill, U.S.M.J.
United States District Court
4th & Cooper Streets
Camden, New Jersey 08101

    Re: *Mazahreh, et al. v. Grewal, et al.*
       Civil Action No. 1:20-cv-17598-RMB-MJS

Dear Judge Skahill:

  I represent State Defendants in this matter. In response to the Court's February 23, 2023 text order (Dkt. 64), the parties provide this update. The one issue that remained following the Court's October 12, 2022 entry of final judgment—plaintiffs' claim for attorney fees/costs—has now been resolved in principle. The parties presently are working to finalize and process settlement.

  There are no other issues that any of the parties wished to bring to the Court's attention.

  Given the foregoing, the parties do not believe that the currently scheduled status conference with Your Honor on March 31, 2023 at 2:00 p.m., is necessary. For the same reasons, the parties also respectfully submit that no future status conference will be necessary.

  Thank you for the Court's consideration of this matter.



Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Daniel M. Vannella
     Daniel M. Vannella
     Assistant Attorney General

cc: All counsel of record (via ECF)