# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL-AMEEN I. MAZAHREH, BILLY NUNES DE ALMEIDA, BRIAN SWENSON, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., and COALITION OF NEW JERSEY FIREARM OWNERS A NEW JERSEY NONPROFIT CORPORATION, <br><br>     Plaintiffs, <br><br>   v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of New Jersey, <br><br> PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police, <br><br> ARTHUR E. WATERMAN, in his official capacity as Chief of the Medford Township Police Department, <br><br> MARK P. TARANTINO, in his official capacity as permitting Judge of the Superior Court of New Jersey, Law Division, Burlington County, <br><br> THOMAS BRYAN, in his official capacity as Chief of Edison Township Police Department, <br><br> JOSEPH L. REA, in his official capacity as permitting Judge of the | CIVIL ACTION NO. 1:20-cv-17598 <br><br><br><br><br><br><br><br> **CONSENT ORDER FOR AWARD OF REASONABLE COUNSEL FEES AND COSTS PURSUANT TO 42 U.S.C. § 1988** |

| |
|---|
| **Superior Court of New Jersey, Law Division, Middlesex County,** |
| **ROBERT BRENNAN, in his official capacity as Chief of the Hopatcong Township Police Department,** |
| **N. PETER CONFORTI, in his official capacity as permitting Judge of the Superior Court of New Jersey, Law Division, Sussex County,** |
| **Defendants.** |

**THIS MATTER,** having been brought before the Court by Plaintiffs Al-Ameen I. Mazahreh; Billy Nunes De Almeida; Brian Swenson; National Rifle Association of America, Inc.; Association of New Jersey Rife & Pistol Clubs, Inc.; and Coalition of New Jersey Firearms Owners A New Jersey Profit Corporation ("Plaintiffs"), through their counsel Hartman & Winnicki, P.C. for an award of reasonable counsel fees and costs pursuant to 42 U.S.C. §1988; and Defendants Matthew J. Platkin, Patrick J. Callahan, Mark P. Tarantino, Joseph L. Rea, and N. Peter Conforti, sued in their official capacities only, being represented by Matthew J. Platkin, Attorney General of New Jersey, Daniel M. Vannella, Assistant Attorney General, appearing; and Defendant Arthur E. Waterman in his official capacity as Chief of Police of the Township of Medford being represented by Parker McCay P.A.; and Defendant Thomas Bryan in his official capacity as Chief of Police of the Township of Edison, being represented by Rainone Coughlin Minchello, LLC; and

Defendant Robert Brennan in his official capacity as Chief of Police of the Borough of Hopatcong being represented by Schenk, Price, Smith & King, LLP; and the Court having previously found in its Order dated October 12, 2022 (Dkt. 51), that Plaintiffs are prevailing parties within the meaning of that statute; and the Court finding that the fees and costs set forth below are reasonable; and all parties having consented and stipulated to the entry of the within order; and for good cause shown,

**IT IS**, on this ____ day of _____, 2023, **HEREBY ORDERED** as follows:

1. The State of New Jersey, on behalf of Defendants Matthew J. Platkin, Patrick J. Callahan, Mark P. Tarantino, Joseph L. Rea, and N. Peter Conforti ("State Defendants")—all being sued solely in their official capacities as State officials, and not as individuals—shall pay to Plaintiffs' Counsel the amount of $40,500. This amount represents full payment for any and all fees and costs, pursuant to 42 U.S.C. § 1988, that any and all Plaintiffs are entitled to as to any and all State Defendants in this matter.

    a. Payment of attorney's fees and costs will be processed by the State of New Jersey and made only after State Defendants' Counsel receives necessary paperwork for processing, which shall include:

        i. Completed State of New Jersey W-9(s);

      ii. State of New Jersey Vendor Invoices and/or signed vouchers from Plaintiffs' Counsel;

      iii. Registration through the New Jersey Treasury to the extent necessary for the Treasury to process payment.

   b. The State of New Jersey shall make payment of attorney's fees and costs as soon as practicable after the Effective Date of this Order, and only following receipt of the necessary paperwork for processing. Should payment not be made within 90 days following receipt of the necessary paperwork for processing, Counsel for Plaintiffs and State Defendants may seek the assistance of the Court. Payment will be made in full by check to "Hartman & Winnicki, P.C Attorney Trust Account."

2. Defendant Arthur E. Waterman in his official capacity as Chief of Police of the Township of Medford shall pay to Plaintiffs the amount of $1,500 pursuant to 42 U.S.C. §1988 within 60 days hereof.

3. Defendant Thomas Bryan shall, in his official capacity, as Chief of Police of the Township of Edison, pay to Plaintiffs' Counsel the amount of $1,500 pursuant to 42 U.S.C. §1988 within 60 days hereof.

4. Defendant Robert Brennan shall, in his official capacity as Chief of Police of the Borough of Hopatcong, pay to Plaintiffs the amount of $1,500 pursuant to 42 U.S.C. §1988 within 60 days hereof.

5. This Order resolves any and all claims for attorney's fees and costs, pursuant to 42 U.S.C. § 1988, against the Defendants in this matter.

We agree to the form and entry of this Order:

HARTMAN & WINNICKI, P.C.
Attorneys for Plaintiffs

/s/ Daniel L. Schmutter
By: Daniel L. Schmutter


MATTHEW PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

/s/ Daniel M. Vannella
By: Daniel M. Vannella
Assistant Attorney General


PARKER McCAY P.A.
Attorneys for Defendant,
Arthur E. Waterman, in his official capacity as
Chief of Police of the Township of Medford

/s/ John C. Gillespie
By: John C. Gillespie

RAINONE COUGHLIN MINCHELLO, LLC
Attorneys for Defendant
Thomas Bryan, in his official capacity as
Chief of Police of the Township of Edison Police Department

/s/ Matthew R. Tavares
By: Matthew R. Tavares


SCHENCK, PRICE, SMITH & KING, LLP
Attorneys for Defendant
Robert Brennan, in his official capacity as
Chief of Police of the Borough of Hopatcong

/s/ Valerie A. Vladyka
By: Valerie A. Vladyka